

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

July 10, 2023

**VIA ECF**



Honorable Edward S. Kiel, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Rensselaer Polytechnic Institute v. Samsung Electronics America, Inc. et al.***
**Civil Action No. 19-cv-20097 (KM)(ESK)**

Dear Judge Kiel:

We, along with Blank Rome LLP, represent Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. in the above referenced matter. With Hill Wallack LLP and Murtha Cullina LLP, counsel for Plaintiff Rensselaer Polytechnic Institute, we write to respectfully request that Your Honor enter the attached proposed amended scheduling order. The attached proposed amended scheduling order extends all remaining dates by two weeks. The parties need the additional time to address issues that impact the service of expert reports. If the parties' request meets Your Honor's approval, we respectfully request that you indicate by signing "So Ordered" on this letter.

If the Court has anything further it would like to discuss with the parties, the parties will make themselves available at the Court's convenience. The parties thank the Court for its consideration and assistance in this matter.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

Attachment
cc: all counsel of record (via ECF)

**The proposed schedule that follows is So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.M.J.**
**Date: July 11, 2023**

***Rensselaer Polytechnic Institute v. Samsung Electronics America, Inc. et al.***
***2:19-cv-20097 (K111-ESK)***

| Event | Current | Amended |
|---|---|---|
| Opening liability, invalidity (except for secondary considerations), and unenforceability expert reports by party bearing burden, including infringement considerations, invalidity (except for obviousness) and unenforceability. | July 10, 2023 | July 24, 2023 |
| Rebuttal liability, invalidity (except for secondary considerations), and unenforceability expert reports | September 8, 2023 | September 22, 2023 |
| Reply liability, invalidity (except for secondary considerations), and unenforceability expert reports | October 20, 2023 | November 3, 2023 |
| Close of liability, invalidity (except for secondary considerations), and unenforceability expert discovery | December 1, 2023 | December 15, 2023 |
| Deadline to file dispositive motions on liability, invalidity (except for obviousness), and unenforceability | December 5, 2023 | December 19, 2023 |
| Fact and expert discovery relating to damages and secondary considerations, including sales and marketing, and financial subject matter | TBD | TBD |
| Pretrial conference | TBD | TBD |