| | |
|---|---|
| Eric I. Abraham<br>Hill Wallack LLP<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543-5226<br>(609) 734-6358 | OF COUNSEL<br><br>Richard J. Basile (*pro hac vice*)<br>Benjamin C. White (*pro hac vice*)<br>Murtha Cullina LLP<br>107 Elm Street<br>Four Stamford Plaza<br>Stamford, CT 06902<br>(203) 653-5400<br><br>Anthony Gangemi (*pro hac vice*)<br>Murtha Cullina LLP<br>265 Church Street<br>New Haven, CT 06510<br>(203) 772-7700 |

*Attorneys for Rensselaer Polytechnic Institute*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RENSSELAER POLYTECHNIC INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendants. | : : : : : : : : : : : : : | CIVIL ACTION<br>NO. 2:19 CV 20097 (KM-ESK)<br><br>**NOTICE OF MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(2)**<br><br>Return Date: August 21, 2023 |

**PLEASE TAKE NOTICE** that on **August 21, 2023**, or as soon thereafter as counsel may be heard, Plaintiff Rensselaer Polytechnic Institute ("Rensselaer") shall move before the Honorable Edward S. Kiel, U.S.M.J., at the Frank R. Lautenberg U.S. Post Office & Courthouse Building, 2 Federal Square, Courtroom 08, Newark, New Jersey 07102, for entry of an Order dismissing Rensselaer's claims of infringement of the patents asserted in this case with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Rensselaer shall rely upon the moving Brief and any submission offered in reply.  A proposed form of Order also is submitted for the Court's consideration.

Dated:  July 24, 2023

      */s/ Eric I. Abraham*
      Eric I. Abraham

**Hill Wallack LLP**
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
Telephone:  609-734-6358
Facsimile:    609-452-1888
Email:  eabraham@hillwallack.com


Richard J. Basile (*pro hac vice*)
Benjamin C. White (*pro hac vice*)
**Murtha Cullina LLP**
107 Elm Street
Four Stamford Plaza
Stamford, CT 06902
Telephone:  203-653-5400
Facsimile:    203-653-5444
Email:  rbasile@murthalaw.com
       bwhite@murthalaw.com

Anthony Gangemi (*pro hac vice*)
**Murtha Cullina LLP**
265 Church Street
New Haven, CT 06510
Telephone:  203-653-5400
Facsimile:    203-653-5444
Email:  agangemi@murthalaw.com

*Attorneys for Rensselaer Polytechnic Institute*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent via email to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    /s/ Eric I. Abraham
Eric I. Abraham