# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RENSSELAER POLYTECHNIC INSTITUTE,**<br><br>Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC.,** *et al.*,<br><br>Defendants. | Case No. 19–cv–20097–BRM–ESK<br><br><br>ORDER |

      **THIS MATTER** having come before the Court for a telephone conference on December 20, 2023; and the parties having advised that mediation was unsuccessful; and for good cause appearing,

      **IT IS** on this  20th day of **December 2023**  **ORDERED** that:

      1.  A telephone conference is scheduled for **February 15, 2024 at 11:00 a.m.** before Magistrate Judge Edward S. Kiel.  The dial in number is 973-437-5535 and the phone conference ID is 826 655 012#.

      2.  The Clerk is directed to activate the motion to dismiss at ECF No. 160 (Motion).  Plaintiff shall file opposition to the Motion by **December 22, 2023** and defendants shall file a reply to plaintiff's opposition to the Motion by **January 9, 2024**.  The Motion is set for **January 16, 2024**.

                                             */s/ Edward S. Kiel*
                                             EDWARD S. KIEL
                                             UNITED STATES MAGISTRATE JUDGE