

David E. De Lorenzi
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4743 Fax: 973-639-6235
ddelorenzi@gibbonslaw.com

January 8, 2024

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Hon. Edward S. Kiel, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Rensselaer Polytechnic Institute v. Samsung Electronics America, Inc. et al.*
      **2:19-cv-20097 (KM-ESK)**

Dear Judges Martinotti and Kiel:

Along with Blank Rome LLP, we represent Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Samsung") in the above-referenced action. We write regarding the motion for summary judgment of non-infringement filed by Samsung on January 5, 2024 (ECF No. 174). Given Judge Kiel's significant experience resolving both procedural and substantive issues throughout the life of this case, which has been pending for over four years, we respectfully request that this motion be assigned to Judge Kiel. We have met and conferred with counsel for RPI, who has agreed to authorize Judge Kiel to address Samsung's dispositive motion pursuant to 28 U.S.C. § 636(c). Accordingly, attached hereto is the parties' executed Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge.

Should the Court have any questions or require additional information, we are available at the Court's convenience. We thank the Court for its consideration and assistance in this matter.

Respectfully submitted,

s/ David E. De Lorenzi_____
David E. De Lorenzi
Director

cc:   All Counsel of Record (via ECF and e-mail)