

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

Writer's Direct Dial 609-734-8171

January 22, 2024

<u>*VIA ECF*</u>
Clerk, United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: <u>*Rensselaer Polytechnic Institute v. Samsung Electronics America, Inc. et al.*</u>
     *2:19-cv-20097 (KM-ESK)*

Dear Clerk:

  This firm represents the Plaintiff in the above-captioned matter. Pursuant to Local Civil Rule 7.1(d)(5), Plaintiff invokes their right to a 14-day extension of the time within which Plaintiff must file opposition or otherwise respond to Defendants' Motion for Summary Judgment (D.E. 174). The new date by which Plaintiff must oppose or otherwise respond to the motion is February 5, 2024, and the new motion date is February 20, 2024, which is the next available motion date following the originally-noticed motion date of February 5, 2024.

          Respectfully submitted,

          <u>*/s/ William Murtha*</u>
          WILLIAM P. MURTHA

cc: Counsel of Record via ECF