

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

Writer's Direct Dial 609-734-8171

January 26, 2024

**VIA ECF**
Hon. Edward S. Kiel, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:  **Rensselaer Polytechnic Institute v. Samsung Electronics America, Inc. et al.**
           *2:19-cv-20097 (KM-ESK)*

Dear Judge Kiel:

      This firm represents the Plaintiff in the above-captioned matter.  On January 12, 2024, Plaintiff requested that the Court stay its deadline to oppose Defendants' Motion for Summary Judgment (D.E. 174).  The basis for Plaintiff's request is that its pending Motion for Voluntary Dismissal with Prejudice [D.E-160] may render Defendants' Motion for Summary Judgment moot.

      On Monday, January 22, 2024, in an abundance of caution and to give the Court ample time to consider the request for a stay, Plaintiff has invoked its right to a 14-day extension of the time to oppose Defendants' Motion pursuant to Local Civil Rule 7.1(d)(5).  The new date by which Plaintiff must oppose or otherwise respond to the motion is February 6, 2024, and the new motion date is February 20, 2024, which is the next available motion date following the originally-noticed motion date of February 5, 2024.

      Respectfully submitted,

      */s/ William Murtha*
      WILLIAM P. MURTHA

cc:    All Counsel of Record via ECF