

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

February 2, 2024

**VIA ECF**

Honorable Edward S. Kiel, U.S.M.J.
United States District Court District of New Jersey
Frank R. Lautenberg Post Office and United States
Courthouse
2 Federal Square
Newark, New Jersey 07102-9718

> Re: ***Rensselaer Polytechnic Institute v. Samsung Electronics America, Inc.*,**
> **Civil Action No. 2:19-20097 (BRM) (ESK)**

Dear Judge Kiel:

This firm, along with Blank Rome LLP, represent Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Samsung") in the above-referenced action. We write jointly with counsel for Plaintiff Rensselaer Polytechnic Institute ("RPI") to respectfully request a 2-week extension of the parties' deadline to file a consolidated motion to seal the Brief in Opposition to RPI's Motion to Dismiss (ECF Nos. 171); Exhibits A, B, and C thereto (ECF Nos. 173, 173-1, 173-2); the Declaration of Richard Basile, Esq. and exhibits thereto (ECF Nos. 180, 180-1, 180-2); and Samsung's Sur-Reply and Exhibit D attached thereto (ECF Nos. 185, 185-1). This extension would extend the parties' deadline from February 2, 2024, to February 16, 2024.

If Your Honor approves of this extension, the parties respectfully request that Your Honor "So Order" this letter and have it filed on the docket. We thank the Court for its consideration of this request.

Respectfully submitted,

s/ *Charles H. Chevalier*
Charles H. Chevalier

cc: All counsel of record (via ECF)