

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

February 15, 2024

**VIA ECF**

Honorable Edward S. Kiel, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  **Re:** *Rensselaer Polytechnic Institute v. Samsung Electronics America, Inc. et al.*
     **Civil Action No. 19-cv-20097 (BRM)(ESK)**

Dear Judge Kiel:

  Along with Blank Rome LLP, we represent Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Samsung") in the above-referenced action. We write to request that the Court direct the Clerk's Office to unseal the following documents:

- ECF No. 173 – Exhibit A to the Declaration of Joshua S. Reisberg
- ECF No. 173-2 – Exhibit C to the Declaration of Joshua S. Reisberg
- ECF No. 180 – Declaration of Richard J. Basile
- ECF No. 180-1 – Exhibit A to the Declaration of Richard J. Basile
- ECF No. 185-1 – Exhibit D to Samsung's Sur-Reply

Out of an abundance of caution, these documents were filed under seal. However, the parties have confirmed that these documents can be unsealed and placed on the public docket.

  We thank the Court for its time and assistance in this matter. If the Court would like to discuss the matter further, the parties will make themselves available at the Court's convenience.

            Respectfully submitted,

            s/ Charles H. Chevalier
             Charles H. Chevalier

cc: All Counsel of Record (via ECF and e-mail)