

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

June 12, 2024

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Rensselaer Polytechnic Institute v. Samsung Electronics America, Inc. et al.*
              **Civil Action No. 19-cv-20097 (BRM)(JSA)**

Dear Judge Allen:

      We, along with Blank Rome LLP, represent Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Defendants") in the above-referenced matter. We write to request a two-week extension of the deadline by which Defendants may file a motion to seal certain submissions associated with Defendants' Motion for Summary Judgment of Non-Infringement, which were all filed under temporary seal on May 29, 2024 (ECF Nos. 213, 214, 216, 218). Plaintiff Rensselaer Polytechnic Institute has provided no objection at this time.

      Per Local Rule 5.3(c)(2), the current deadline to file a motion to seal is June 12, 2024. Defendants therefore are seeking to have this deadline extended to June 26, 2023. If the Court finds this request acceptable, Defendants respectfully request that Your Honor "So-Order" this letter and direct its entry on the docket.

      We thank the Court for its consideration and assistance in this matter.

                                        Respectfully submitted,

                                        s/ Charles H. Chevalier_____
                                        Charles H. Chevalier

cc: all counsel of record (via ECF)